J. K. ARMSBY COMPANY, APPELLANT, V. RAYMOND BROTHERS-CLARKE COMPANY, APPELLEE.

FILED FEBRUARY 29, 1912. No. 16,563.

OPINION on motion for rehearing of case reported, *ante,* p. 553. *Rehearing denied.*

PER CURIAM.

Complaint is made in a motion and brief for rehearing that in reversing a law action this court is without jurisdiction to direct the district court to render judgment in favor of either party. It is further stated that defendant desires to amend its answer in the court below. The first point must be decided adversely to defendant's contention under the authority of section 594 of the code, which provides: "When a judgment or final order shall be reversed either in whole or in part, in the supreme court, the court reversing the same shall proceed to render such judgment as the court below should have rendered, or remand the cause to the court below for such judgment." This provision of the code has been followed in *Story v. Robertson,* 5 Neb. (Unof.) 404; *Chicago, B. & Q. R. Co. v. Yost,* 61 Neb. 530; *Robertson v. Brooks,* 65 Neb. 799; *American Surety Co. v. Musselman, ante,* p. 58.

The statement that defendant desires to amend its answer in the court below should not be considered now. No reason is assigned why the amendment was not made

prior to the first trial. The request comes too late after protracted litigation. *Gadsden v. Thrush,* 72 Neb. 1.

The motion for rehearing is

OVERRULED